1  GENESE K. DOPSON (SBN 108333)
   Email: Genese.Dopson@wilsonelser.com
2  LENORE C. KELLY (SBN 170891)
   Email: Lenore.Kelly@wilsonelser.com
3  JOY J. CHEN (SBN 273894)
   Email: Joy.Chen@wilsonelser.com
4  **WILSON, ELSER, MOSKOWITZ,**
     **EDELMAN & DICKER LLP**
5  525 Market Street, 17th Floor
   San Francisco, California 94105
6  Telephone: (415) 433-0990
   Facsimile: (415) 434-1370
7

8  Attorneys for Defendant
   HAMILTON FAMILY CENTER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVYONNE RENEE HALL, | ) Case No.: 13-CV-03646 WHO |
| Plaintiff, | ) **ORDER RE: STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT TO APRIL 2, 2014** |
| v. | |
| HAMILTON FAMILY CENTER | ) Action Filed: August 6, 2013 |
| Defendant. | ) Present Hearing Date: February 12 2014 |
| | **Stip. to Continue Hearing To: April 2, 2014** |

## STIPULATION

**THE PARTIES HEREBY STIPULATE that the hearing** on Plaintiff's Motion for Leave to File Amended Complaint, presently set for February 12, 2014, **is continued to April 2, 2014**.

Dated: January 6, 2014     **RICHARD M. ROGERS, Attorney at Law**

By:  */s/ Richard M. Rogers*
     Richard M. Rogers
     Attorneys for Plaintiff EVYONNE RENEE HALL

///

///

1
2  Dated: January ___, 2014   **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
3
4                              By: _____
                                   Genese K. Dopson
5                                  Attorneys for Defendant HAMILTON FAMILY CENTER
6
7                    **ORDER RE: STIPULATION TO CONTINUE HEARING**

8       The parties having stipulated to continue the hearing on Plaintiff's Motion for Leave to

9   Amend Complaint is continued to April 2, 2014.

10  Dated: January 7, 2014

11                              _____
12                                   Honorable William H. Orrick

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
**ORDER RE: STIPULATION TO CONTINUE HEARING ON
PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT TO APRIL 2, 2014**
Case No.:  C13-03646 WHO

Error! Unknown document property name.

**CERTIFICATE OF SERVICE**
*Evyonne R. Hall v. Hamilton Family Center*
*United States Northern Dist. Case No.:  13-CV-03646 WHO*

At the time of service I was over 18 years of age and not a party to this action.  I am employed in the County of San Francisco, California.  My business address is 525 Market Street, 17th Floor, San Francisco, California 94105.   On this date I served the following document(s):

**[PROPOSED] ORDER RE: STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT TO APRIL 2, 2014**

on the person or persons listed below, through their respective attorneys of record in this action, by placing true copies thereof in sealed envelopes or packages addressed as shown below by the following means of service:

☐: **By United States Mail.**  I placed the envelope(s) for collection and mailing, following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒: **By Electronic Service.**  Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

☐: **By Overnight Delivery.**  I enclosed the documents in an envelope or package provided by an overnight delivery carrier and address to the persons at the addresses below.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier..

☐: **By Fax Transmission.**  Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.

Richard M. Rogers
Law Offices of Richard M. Rogers
100 Bush Street, Suite 1980
San Francisco, CA 94104
Tel:  415-981-9788
Fax:  415-981-9798
*Attorneys for Plaintiff*
  *Evyonne R. Hall*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED January 7, 2014 at San Francisco, California.

_____
Richean Martin

1
CERTIFICATE OF SERVICE
Case No.:  C13-03646 WHO

**Error! Unknown document property name.**