RALPH W. ROBINSON (SBN 51436)
Email: Ralph.Robinson@wilsonelser.com
LENORE C. KELLY (SBN 170891)
Email: Lenore.Kelly@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Defendant
HAMILTON FAMILY CENTER

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVYONNE RENEE HALL, | Case No.: 13-CV-03646 VC |
| Plaintiff, | |
| v. | **[~~PROPOSED~~] ORDER OF DISMISSAL OF ENTIRE ACTION** |
| HAMILTON FAMILY CENTER | Action Filed: August 6, 2013<br>Trial Date: November 10, 2014 |
| Defendant. | |

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice pursuant to a Settlement Agreement. Each party shall bear its own fees and costs.

DATED: August 15, 2014         _____
                                HON. VINCE CHHABRIA

*IT IS SO ORDERED*
*Judge Vince Chhabria*